

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-18CR-239-A |
| BOBBY CAMPBELL (01)<br>SONIA CANTU (02) | |

## INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before August 2017, and continuing thereafter until on or about July 11, 2018, in the Fort Worth Division of the Northern District of Texas, defendants **Bobby Campbell**, **Sonia Cantu**, and others, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

**Indictment – Page 1**

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

BOBBY CAMPBELL (01)
SONIA CANTU (02)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH                                                                FOREPERSON

Filed in open court this 19th day of September, 2018.

**Defendant Bobby Campbell (01) on Pretrial Release; Defendant Sonia Cantu (02) in Federal Custody since 08/08/2018.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:18-MJ-423-BJ