# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
## Fort Worth DIVISION

MAGISTRATE JUDGE JEFFREY L. CURETON
DEPUTY CLERK: Julie Harwell
INTERPRETER: No
A.M. 9:30
TOTAL COURT TIME: 6 min.

~~DIGITAL FILE~~: Ana Warren
DATE HELD: September 26, 2018

CR. No. 4:18-CR-239-A   DEFT NO. 01   Mark Nichols

UNITED STATES OF AMERICA   §   CHRIS WOLFE, AUSA
§
v.   §
§
BOBBY CAMPBELL   §   VINCENT E. WISELY, RETAINED
Defendant's Name       Counsel for Deft.  Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

☐ Arraignment Hearing - Contested   ✔ Arraignment Hearing - Non-Evidentiary

Trial Status:   ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ☐ Settled/Guilty Plea   ✔None  Days in Trial: _____   Hearing Concluded: ✔ Yes  ☐ No

✔ Defendant SWORN.
✔ Arraignment - Held on count(s) 1 of 1-count(s) Indictment
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ Defense waived reading of the Indictment.
✔ Deft enters a plea of   ✔Not Guilty   ☐ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
☐ Waiver of Indictment, filed.
✔ Trial set for **November 26, 2018** at **9:00 a.m.** (Order to follow)
  Pretrial motions due: _____.  Discovery motions/Government Responses due: _____.
☐ Defts bond ☐ set ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
✔ Bond  ✔continued  ☐ forfeited
  ...... Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
2[6] 2018
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

OTHER PROCEEDINGS: