IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-CR-239-A |
| BOBBY CAMPBELL (01) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

The government submits the following response to defendant Bobby Campbell's motion to continue the trial and pretrial deadlines (doc. 31), filed on October 9, 2018:

Campbell requests a 30-day continuance of the trial and an extension of the pretrial deadlines. The government is unopposed, but believes an extension of the pretrial deadlines is sufficient to remedy the defendant's concerns. In other words, a continuance of the trial seems unnecessary.

Campbell and his co-defendant, Sonia Cantu, were indicted on September 19, 2018. The indictment alleges conspiracy to possess with intent to distribute methamphetamine, in violation 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)). The trial is scheduled for November 26, 2018. The deadline to file pretrial motions was October 11, 2018.[1]

On October 1, 2018, the government received a letter from Campbell requesting discovery. The letter appeared to be a standard discovery request, and the government assumed that discovery had already been fully provided.

---

[1] On October 11, 2018, Campbell filed two pretrial motions, a motion to sever (doc. 32) and a motion for a pre-trial determination of admissibility of pretrial statements (doc. 33).

Government's Responses to Defendant's Motion to Continue – Page 1

On October 9, 2018, the government learned that was incorrect during a phone call between the government and Campbell's attorney. While some discovery had been provided to Campbell, the government learned there were several items that had not yet been provided. The government apologized for the oversight, offered to make the case agent available to counsel, and assured counsel that full discovery would be immediately provided. All but a few remaining items (the defendant's criminal history, two lab reports, and one report of interview) was provided either that afternoon or the following morning. As of this filing, the government believes all discovery has been provided to Campbell with the exception of the above-mentioned report of interview and two lab reports. The report of interview will be provided no later than Friday, October 12, 2018.

Campbell's motion essentially requests additional time to review discovery to determine whether pretrial motions should be filed. Because discovery in the case is not voluminous, the government believes an extension of time to file pretrial motions is sufficient to remedy the late production of discovery. The government apologizes for inconveniencing the Court and the parties.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ C. W.

CHRISTOPHER R. WOLFE
Assistant United States Attorney
State Bar of Texas No. 24008294
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX 76102-6897
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: chris.wolfe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on Oct. 12, 2018, the foregoing Government's Response to Defendant's Motion to Continue was served by first class mail to Vincent Eugene Wisely at 5601 Bridge Street, Suite 300, Fort Worth, Texas 76112, counsel for defendant.

/s/ C. W.

CHRISTOPHER R. WOLFE
Assistant United States Attorney