

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:18-CR-239-A |
| | § | |
| BOBBY CAMPBELL, ET AL. | § | |

### ORDER

Came on for consideration the motion of defendant Bobby Campbell ("Campbell") for continuance. The court, having considered the motion, the response of United States, the record, and applicable authorities, finds that the motion should be denied. Campbell may seek leave to file any additional pretrial motions necessitated by the government's recent production of discovery should they be appropriate.

The court ORDERS that Campbell's motion for continuance be, and is hereby, denied.

SIGNED October 12, 2018.

JOHN McBRYDE
United States District Judge