CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2018 OCT 16 PM 3: 38

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:18-CR-239-A |
| v. | [Supersedes Indictment returned on September 19, 2018, as to defendant Campbell only.] |
| BOBBY CAMPBELL (01) | |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Conspiracy to Possess with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning in or before August 2017, and continuing thereafter until on or around July 11, 2018, in the Fort Worth Division of the Northern District of Texas, defendant **Bobby Campbell**, along with others, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C), namely, to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)).

        Respectfully submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY

        /s/ CRW

        CHRISTOPHER R. WOLFE
        Assistant United States Attorney
        Texas State Bar No. 24008294
        801 Cherry Street, Suite 1700
        Fort Worth, Texas 76102
        Telephone: 817-252-5200
        Facsimile:  817-252-5455