# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | |
| DEPUTY CLERK: Michelle Moon | COURT REPORTER: Debbie Saenz |
| LAW CLERK _____ | USPO _____ |
| INTERPRETER: | |
| A.M. 11:00 | DATE HELD: October 26, 2018 |
| TOTAL COURT TIME: 28 min. | CSO: Ray Urban |

CR. No. 4:18-CR-239-A  DEFT NO. 01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CHRIS WOLFE, AUSA |
| | § | |
| v. | § | |
| | § | |
| BOBBY CAMPBELL | § | VINCENT E. WISELY, RETAINED |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT/GUILTY PLEA

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered

☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial ✔ Guilty Plea  Days in Trial: _____  Hearing Concluded: ✔ Yes ☐ No

✔ Defendant SWORN.
✔ Arraignment/Guilty Plea - Held on count 1 of the 1-count Superseding Information
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87)
   Defense waived reading of the Superseding Information.
✔ Deft enters a plea of   ☐ Not Guilty  ✔ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
✔ Waiver of Indictment, filed.
☐ Plea Agreement accepted.   ☐ Court defers acceptance of Plea Agreement.
☐ Plea Agreement filed   ✔ No Plea Agreement.
☐ Plea Agreement included with Factual Resume.
✔ Factual Resume filed.
✔ Defendant is adjudged guilty as to Count **1 of Superseding Information.**
✔ Sentencing set **February 15, 2019 at 10:00 a.m.**
☐ Trial set for _____ at _____ a.m./p.m.
   Pretrial motions due: _____.  Discovery motions/Government Responses due: _____.
✔ Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.  ✔ **PSI due: December 24, 2018**  ✔ Presentence Referral Form to: Vincent E. Wisely
☐ Defts bond ☐ set ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ forfeited
   Deft Custody/Detention continued.
✔ Deft ORDERED into custody.

✔ **OTHER PROCEEDINGS: Govt. read the Waiver of Indictment for the record. Defendant's Exhibits A and B admitted.**

[Stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED OCT 26 2018 CLERK, U.S. DISTRICT COURT By _____ Deputy]