IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 2 6 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

No.  4:18-CR-239-A

BOBBY CAMPBELL (01)

## WAIVER OF INDICTMENT

I, Bobby Campbell, the above named defendant, who is accused in the

Superseding Information with the felony offense of Conspiracy to Possession with Intent

to Distribute Methamphetamine, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1)

and (b)(1)(C)), being advised of the nature of the charges, the proposed Superseding

Information, and of my rights, hereby waive prosecution by Indictment and consent that

the proceeding may be by Information rather than by Indictment.

_____
BOBBY CAMPBELL
Defendant

_____
VINCENT WISELY
Attorney for Defendant

Affirmed in open Court this **2 6** day of October 2018.

_____
JOHN H. McBRYDE
United States District Judge