ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-CR-239-A |
| BOBBY CAMPBELL (01) | |

### GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

If the Court determines that defendant Bobby Campbell is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the government moves that the defendant receive an additional third-point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b). The defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ _____
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on 10/25/2018, the foregoing Government's Notice Regarding Acceptance of Responsibility was served by first class mail to Vincent Wisely at 5601 Bridge Street, Suite 300, Fort Worth, Texas 76112, counsel for defendant.

/s/ _____
CHRISTOPHER R. WOLFE
Assistant United States Attorney